IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STATE OF ALABAMA,                      )
                                       )
            Plaintiff,                 )
                                       )
      v.                               )      CASE NO.  2:15-CV-853-WKW
                                       )                [WO]
$504,135 IN U.S. CURRENCY,             )
CURTIS EARL POPE, JR., and             )
UNITED STATES OF                       )
AMERICA,                               )
                                       )
            Defendants.                )

**ORDER**

On July 31, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 11.)  Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1)     The Recommendation (Doc. # 11) is ADOPTED;

(2)     Plaintiff's Motion to Dismiss with Prejudice (Doc. # 8) is GRANTED;

(3)     This action is DISMISSED with prejudice; and

(4)     Costs are TAXED as paid.

DONE this 18th day of August, 2017.

                          _____
                                  /s/ W. Keith Watkins
                          CHIEF UNITED STATES DISTRICT JUDGE